This decision of the Supreme Court of New Mexico was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Supreme Court.

## IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

**Filing Date: May 26, 2022**

**No. S-1-SC-37721**

**STATE OF NEW MEXICO,**

Plaintiff-Respondent,

v.

**DALLAS RILEY,**

Defendant-Petitioner.

**ORIGINAL PROCEEDING ON CERTIORARI**
**Karen L. Townsend, District Judge**

Bennett J. Baur, Chief Public Defender
Caitlin C.M. Smith, Assistant Appellate Defender
Santa Fe, NM

for Petitioner

Hector H. Balderas, Attorney General
John Kloss, Assistant Attorney General
Santa Fe, NM

for Respondent

### DISPOSITIONAL ORDER OF AFFIRMANCE

**VIGIL, Chief Justice.**

**{1}** WHEREAS, the Court granted Defendant Dallas Riley's petition for writ of certiorari to review the Court of Appeals determination that the district court erred in ruling that the blood test results at issue were inadmissible because the district court misapprehended *State v. Adams*, 2019-NMCA-043, 447 P.3d 1142 and NMSA 1978, Section 66-8-103 (1978); and

**{2}** WHEREAS, the Court ordered that this case be held in abeyance pending the Court's disposition of *State v. Adams*, 2022-NMSC-008, 503 P.3d 1130; and

**{3}** WHEREAS, this Court issued an opinion in *Adams, id.*; and

**{4}** WHEREAS, the Court concludes that the issue of law presented in this case was addressed by the Court's opinion in *Adams, id.*; and

**{5}** WHEREAS, the Court exercises its discretion under Rule 12-405(B)(1) NMRA to dispose of this case by nonprecedential order rather than a formal opinion;

**{6}** NOW, THEREFORE, IT IS ORDERED that the memorandum opinion of the Court of Appeals is affirmed, and the matter is remanded to the district court for further proceedings in accordance with *Adams*, 2022-NMSC-008.

**{7} IT IS SO ORDERED.**

**MICHAEL E. VIGIL, Chief Justice**

**C. SHANNON BACON, Justice**

**DAVID K. THOMSON, Justice**

**JULIE J. VARGAS, Justice**

**BRIANA H. ZAMORA, Justice, not participating**